JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HASSAN ABPIKAR, | ) | CASE NO. CV 13-04789 MMM (RZ) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| JANET NAPOLITANO, ET AL., | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of HASSAN ABPIKAR for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice as moot.

DATED: September 30, 2013

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE